Entered on Docket
April 09, 2010

_____
**Hon. Mike K. Nakagawa**
**United States Bankruptcy Judge**

```
 1
 2
 3
 4
 5
 6  WILDE & ASSOCIATES
    Gregory L. Wilde, Esq.
 7  Nevada Bar No. 004417
    208 South Jones Boulevard
 8  Las Vegas, Nevada 89107
    Telephone:  702 258-8200                    Relodge
 9  bk@wildelaw.com
10  Fax:  702 258-8787

11  MARK S. BOSCO, ESQ.
    Arizona Bar No. 010167
12  TIFFANY & BOSCO, P.A.
    2525 East Camelback Road, Suite 300
13  Phoenix, Arizona 85016
14  Telephone: (602) 255-6000

15  U.S. Bank National Association, as trustee for the holders of Bear Stearns ARM Trust, Mortgage Pass-
    Through Certificates, Series 2005-10
16  09-77850
17
18
19
```

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In Re: | BK-S-09-29674-MKN |
|---|---|
| Kenneth J. Gritter and Beverly K. Gritter | Date: 2/3/2010 |
|  | Time: 1:30 pm |
|  | Chapter 7 |
| Debtors. |  |

## ORDER VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to

Secured Creditor U.S. Bank National Association, as trustee for the holders of Bear Stearns ARM Trust, Mortgage Pass-Through Certificates, Series 2005-10, its assignees and/or successors in interest, of the subject property, generally described as 2504 Horseshoe Bay Court, Henderson, NV 89074, and legally described as follows:

> Lot 22 in Block 1 of America West Legacy Unit 3, as shown by map thereof on file in Book 55 of Plats, Page 69 in the Office of the County Recorder of Clark County, Nevada.
>
> Assessor's Parcel No: 178-18-315-008

**IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give Debtors at least five business days' notice of the time, place and date of sale.**

DATED this _____ day of _____ 2009

Submitted by:

WILDE & ASSOCIATES

By: /s/ Gregory L. Wilde, Esq
Gregory L. Wilde, Esq.
Attorney for Secured Creditor
208 South Jones Boulevard
Las Vegas, Nevada 89107

APPROVED / DISAPPROVED

By:_____
Howard C. Kim
1057 Whitney Ranch Drive, Suite 100
Henderson, NV 89014
Attorney for Debtor(s)

APPROVED / DISAPPROVED

By:_____
David A. Rosenberg
5030 Paradise Road #215
Las Vegas, NV 89119
Chapter 7 Trustee

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):
\_\_\_\_\_ The court waived the requirements of LR 9021.
\_\_\_\_\_ No parties appeared or filed written objections, and there is no trustee appointed in the case.
\_\_\_\_\_ No parties appeared or filed written objections, and the trustee is the movant.
\_x\_ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

Debtor's counsel:
\_\_\_\_\_ approved the form of this order          \_\_\_\_\_ disapproved the form of this order
\_\_\_\_\_ waived the right to review the order and/or   \_x\_ failed to respond to the document
\_\_\_\_\_ appeared at the hearing, waived the right to review the order
\_\_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
\_\_\_\_\_ approved the form of this order          \_\_\_\_\_ disapproved the form of this order
\_\_\_\_\_ waived the right to review the order and/or   \_x\_ failed to respond to the document

\_\_\_\_\_ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:
\_\_\_\_\_ approved the form of this order          \_\_\_\_\_ disapproved the form of this order
\_\_\_\_\_ waived the right to review the order and/or   \_\_\_\_\_ failed to respond to the document
\_\_\_\_\_ appeared at the hearing, waived the right to review the order
\_\_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
\_\_\_\_\_ approved the form of this order          \_\_\_\_\_ disapproved the form of this order
\_\_\_\_\_ waived the right to review the order and/or   \_\_\_\_\_ failed to respond to the document

\_\_\_\_\_ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objection.

Submitted by:
/s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor